# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                          §
                                                §
VAUGHN, RANDY KENNETH                           §       Case No. 11-30143
VAUGHN, BARBARA SUESS                            §
                                                §
            Debtor(s)                           §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

John A. Hedback, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:                               Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                                Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for     months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____    By:/s/John A. Hedback _____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| TOTAL GROSS RECEIPTS | | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | **TSP Loan** | | | | | |
| | M&I Bank PO Box 3186 Milwaukee, WI 53201-3052 | | | | | |
| | Wells Fargo Mortgage PO Box 10335 Des Moines, IA 50306 | | | | | |
| 000020 | BMW FINANCIAL SERVICES NA LLC | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOHN A. HEDBACK | | | | | |
| JOHN A. HEDBACK | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |
| ASSOCIATED BANK | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ASSOCIATED BANK | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| Bank of America, N.A. | | | | | |
| FRED W RADDE & SONS, INC | | | | | |
| FRED W RADDE & SONS, INC | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ace Abstracting Services 4620 West 77th St Suite 230 Edina, MN 55435 | | | | | |
| | Admiral Insurance Company 1255 Caldwell Road PO Box 5725 Cherry Hill, NJ 08034 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanced Filing Concepts 3761 Dunlap Street North Arden Hills, MN 55112 | | | | | |
| | AmerAssist A/R Solutions 460 Polaris Way Westerville, OH 43082 | | | | | |
| | BMK Solutions 1415 5th Street South Hopkins, MN 55343 | | | | | |
| | CIT Technology Financial Serv. P.O. Box 550599 ATTN: Customer Service Jacksonville, FL 32255 | | | | | |
| | Caine & Weiner 1127 Wehrle Drive #30 Buffalo, NY 14221 | | | | | |
| | Capitol Lien Records & Res. Minnesota Abstract & Title Co 1010 North Dale St Saint Paul, MN 55117 | | | | | |
| | Chad B. Johnson 8123 Enclave Rd Saint Paul, MN 55125 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Cardmember Service PO Box 94014 Palatine, IL 60094-4011 | | | | | |
| | Chase Cardmember Services PO Box 94014 Palatine, IL 60094 | | | | | |
| | Chiappetta Holdg-Chips Comp. PO Box 372 Hugo, MN 55038 | | | | | |
| | CitiMortgage P.O. Box 14451 Des Moines, IA 50306-3451 | | | | | |
| | CitiMortgage c/o Usset, Weingarden & Liebo 4500 Park Glen Rd Minneapolis, MN 55416 | | | | | |
| | Client Services 3451 Harry S Truman Blvd Saint Charles, MO 63301 | | | | | |
| | CorTrust Bank NA 10150 Hudson Rd Suite #146 Woodbury, MN 55129 | | | | | |
| | Creditors Service Company 222 2nd Ave SE Suite A Rochester, MN 55903 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department Stores Nat'l Bank PO Box 6899195 Des Moines, IA 50368 | | | | | |
| | Digital Security Contractors 325 Eli Rd Little Canada, MN 55117 | | | | | |
| | Dynamex A/R St Paul Saint Paul, MN 55112 | | | | | |
| | First Choice Title Company 840 West Broadway Ave Suite 400 Forest Lake, MN 55025 | | | | | |
| | Fisher Bren & Sheridan 701 4th Avenue South Suite 610 Minneapolis, MN 55415 | | | | | |
| | Gislason & Hunter LLP 2700 Sounth Broadway PO Box 458 New Ulm, MN 56073 | | | | | |
| | Glenwood Inglewood 2640 California St Denver, CO 80205 | | | | | |
| | Goodell Abstracting PO Box 517 1755 East Highway 61 Grand Marais, MN 55604 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Home Depot Credit Services PO Box 653000 Dallas, TX 75265 | | | | | |
| | James M. Lockhart Lindquist & Vennum, PLLP Minneapolis, MN 55402-2274 | | | | | |
| | John G. Neal Attorney at Law PO Box 1596 Powell, OH 43065-1596 | | | | | |
| | National Recoveries Inc 14735 Highway 65 NE Suite 100 Ham Lake, MN 55304 | | | | | |
| | Nelnet Education Plan/Fin PO Box 82561 Lincoln, NE 68501 | | | | | |
| | Nelnet Education Plan/Fin PO Box 82561 Lincoln, NE 68501 | | | | | |
| | Nelnet Education Plan/Fin PO Box 82561 Lincoln, NE 68501 | | | | | |
| | Northwest Land Title 96 West Main PO Box 520 Milltown, WI 54858 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ohio Savings Bank/MERS 1801 East 9th Street #200 Cleveland, OH 44114-3107 | | | | | |
| | Orbit Systems and Solutions 400 2nd Ave South Suite 800 Minneapolis, MN 55401 | | | | | |
| | Polley Funeral Home 5951 Missouri 10 Excelsior Springs, MO 64024 | | | | | |
| | Quill.com PO Box 37600 Philadelphia, PA 19101 | | | | | |
| | RMS 4836 Brecksville Rd PO Box 523 Richfield, OH 44286 | | | | | |
| | Shred Right 862 Hersey Street Saint Paul, MN 55114 | | | | | |
| | Silhouette Imaging Corp 1819 Main St Suite B Hopkins, MN 55343 | | | | | |
| | Skjold- Barthel PA 222 South 9th Street Suite 3320 Minneapolis, MN 55402 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Steve Ball & Associates 556 So. Fairview Ave Saint Paul, MN 55116 | | | | | |
| | TDS Metrocom-MN 525 Junction Rd Suite 6000 Madison, WI 53717 | | | | | |
| | TDS Metrocom-MN 525 Junction Rd Suite 6000 Madison, WI 53717 | | | | | |
| | Ticor Title Insurance Company CLAIMS DEPARTMENT Post Office Box 45023 Jacksonville, FL 32232-5023 | | | | | |
| | US Bank Great Lakes PO Box 3059 Milwaukee, WI 53201 | | | | | |
| | US Department of Education P.O. Box 530260 Atlanta, GA 30353-0260 | | | | | |
| | Usset, Weingarden & Liebo PLLP 4500 Park Glen Road Minneapolis, MN 55416 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Wadena County Abstract Company P.O. Box 429 Wadena, MN 56482 | | | | | |
| | Winthrop & Weinstein, PA Capella Tower Ste 3500 225 South 6th St Minneapolis, MN 55402 | | | | | |
| 000006 | AMERIPRIDE SERVICES | | | | | |
| 000009 | CAPITAL ONE NA | | | | | |
| 000008 | CHASE BANK USA, N.A. | | | | | |
| 000016 | CORTRUST BANK N.A. | | | | | |
| 000002 | DISCOVER BANK | | | | | |
| 000003 | DTS DOCUMENT TECH SOLUTIONS | | | | | |
| 000015 | DUANE MCCALL, CPA | | | | | |
| 000017 | FIA CARD SERVICES, NA/BANK OF AMERI | | | | | |
| 000010 | NELNET | | | | | |
| 000011 | NELNET ON BEHALF OF THE U.S. DEPART | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000012 | NELNET ON BEHALF OF THE U.S. DEPT. | | | | | |
| 000005 | PINE COUNTY ABSTRACT COMPANY | | | | | |
| 000007 | PITNEY BOWES INCORPORATED | | | | | |
| 000004 | PROPERTY RECORD SERVICES LLC | | | | | |
| 000014 | SALLIE MAE | | | | | |
| 000013 | SALLIE MAE PC TRUST | | | | | |
| 000018 | TCM CERTIFIED DEVELOPMENT COMP | | | | | |
| 000001 | TICOR TITLE INSURANCE COMPANY | | | | | |
| 000019 | HSBC BANK NEVADA NA | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

Page: 1

**Exhibit 8**

| Case No: | 11-30143 | GFK | Judge: GFK |
|---|---|---|---|

Case Name:   VAUGHN, RANDY KENNETH
              VAUGHN, BARBARA SUESS

For Period Ending: 01/21/13

Trustee Name:   John A. Hedback

Date Filed (f) or Converted (c):    01/10/11 (f)

341(a) Meeting Date:    02/04/11

Claims Bar Date:    09/12/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. HOMESTEAD | 478,800.00 | 0.00 | | 0.00 | FA |
| 2. PINE COUNTY PROP | 30,000.00 | 30,000.00 | OA | 0.00 | FA |
| 3. ASHQ | 1,900.00 | 0.00 | | 0.00 | FA |
| 4. THE RIVER BANK DEP 9104 | 199.00 | 0.00 | | 0.00 | FA |
| 5. THE RIVER BANK 9112 | 801.00 | 0.00 | | 0.00 | FA |
| 6. CENTERSTONE TITLE LAKE AREA BANK 5112 | 4.00 | 0.00 | | 0.00 | FA |
| 7. CENTERSTONE TITLE LARE AREA BANK 5593 | 1.00 | 0.00 | | 0.00 | FA |
| 8. HOUSEHOLD GOODS | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. ARTWORK | 500.00 | 0.00 | | 0.00 | FA |
| 10. WEARING APPAREL | 2,000.00 | 0.00 | | 0.00 | FA |
| 11. JEWELRY | 2,900.00 | 0.00 | | 0.00 | FA |
| 12. WEAPONS | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. TERM LIFE 0406 | 1.00 | 0.00 | | 0.00 | FA |
| 14. TERM LEFE 0407 | 1.00 | 0.00 | | 0.00 | FA |
| 15. FERS RETIREMENT PLAN | 757,373.00 | 0.00 | | 0.00 | FA |
| 16. POTENTIAL 201O TAX REFUNDS | 15,422.00 | 7,200.00 | | 7,200.00 | FA |
| 17. 02 MERCEDES BENZ | 12,840.00 | 0.00 | | 0.00 | FA |
| 18. 2002 HONDA MOTOCYCLE | 2,000.00 | 857.14 | | 857.14 | FA |
| 19. 2003 HARLEY | 7,500.00 | 7,500.00 | | 7,500.00 | FA |
| 20. 05 MERCEDES BENZ | 9,100.00 | 0.00 | | 0.00 | FA |
| 21. 01 VW | 1,500.00 | 642.86 | | 642.86 | FA |
| 22. 94 DODGE PU | 825.00 | 950.00 | | 950.00 | FA |

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Page:    2

Exhibit 8

| Case No: | 11-30143 | GFK | Judge: GFK |
| Case Name: | VAUGHN, RANDY KENNETH | | |
| | VAUGHN, BARBARA SUESS | | |

Trustee Name:   John A. Hedback
Date Filed (f) or Converted (c):    01/10/11 (f)
341(a) Meeting Date:    02/04/11
Claims Bar Date:    09/12/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 23. 04 BOURGET MOTORCYCLE | 10,525.00 | 11,500.00 | | 11,500.00 | FA |
| 24. 93 MIDI TRLR included in asset 25 below | 350.00 | 350.00 | | 0.00 | FA |
| 25. PONTOON BOAT | 4,425.00 | 4,000.00 | | 4,000.00 | FA |
| 26. OFFICE EQUIPMENT | 2,000.00 | 0.00 | | 0.00 | FA |
| 27. PERSONAL RECORDS | 1.00 | 0.00 | | 0.00 | FA |
| 28. LAWN EQUIPMENT | 1,000.00 | 0.00 | | 0.00 | FA |
| 29. VACATION DOWNPAYMENT (u) | 1,000.00 | 1,000.00 | | 1,000.00 | FA |
| 30. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 3.56 | FA |

Value of Remaining Assets

TOTALS (Excluding Unknown Values)       $1,349,468.00       $64,000.00       $33,653.56       $0.00

(Total Dollar Amount
in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

No interest in property, listing agreement expires in November.  Assuming no sale Trustee hopes to
abandon and file a TFR shortly thereafter.

Initial Projected Date of Final Report (TFR): 02/28/12       Current Projected Date of Final Report (TFR): 02/15/13

FORM 2    Page: 1

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-30143 -GFK |
| Case Name: | VAUGHN, RANDY KENNETH |
| | VAUGHN, BARBARA SUESS |
| Taxpayer ID No: | *******8770 |
| For Period Ending: | 05/14/13 |

| | |
|---|---|
| Trustee Name: | John A. Hedback |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******7022  Checking Account |
| | |
| Blanket Bond (per case limit): | $ 38,561,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 09/14/12 | | Trsf In From Bank of America, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 29,979.64 | | 29,979.64 |
| 10/16/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 10.47 | 29,969.17 |
| 11/05/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.09 | 29,950.08 |
| 12/07/12 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 18.46 | 29,931.62 |
| 01/08/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | 19.07 | 29,912.55 |
| 04/01/13 | 010001 | John A. Hedback 2855 Anthony Lane So Suite 201 St Anthony, MN 55418 | Chapter 7 Compensation/Expense | | | 4,225.60 | 25,686.95 |
| | | | Fees            4,115.36 | 2100-000 | | | |
| | | | Expenses        110.24 | 2200-000 | | | |
| 04/01/13 | 010002 | Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim 000002, Payment 6.38596% FINAL DISTRIBUTION 1515 | 7100-000 | | 363.84 | 25,323.11 |
| 04/01/13 | 010003 | Chase Bank USA, N.A. PO Box 15145 Wilmington, DE 19850-5145 | Claim 000008, Payment 6.38590% FINAL DISTRIBUTION 1895 | 7100-000 | | 560.75 | 24,762.36 |
| 04/01/13 | 010004 | CAPITAL ONE NA CO CREDITORS BANKRUPTCY SERVICE PO BOX 740933 DALLAS TX 75374 | Claim 000009, Payment 6.38495% FINAL DISTRIBUTION 8747 | 7100-000 | | 25.46 | 24,736.90 |
| 04/01/13 | 010005 | Nelnet 3015 South Parker Road Suite 400 Aurora CO 80014 | Claim 000010, Payment 6.38590% FINAL DISTRIBUTION 5643 | 7100-000 | | 3,402.79 | 21,334.11 |
| 04/01/13 | 010006 | Nelnet on behalf of the U.S. Department of Educati 3015 South Parker Road, Suite 400 Aurora, CO 80014 | Claim 000011, Payment 6.38591% FINAL DISTRIBUTION 5643 | 7100-000 | | 1,755.86 | 19,578.25 |
| 04/01/13 | 010007 | Sallie Mae PC Trust c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Claim 000013, Payment 6.38593% FINAL DISTRIBUTION 7299 | 7100-000 | | 1,272.59 | 18,305.66 |
| 04/01/13 | 010008 | Sallie Mae c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Claim 000014, Payment 6.38595% FINAL DISTRIBUTION 7299 | 7100-000 | | 292.25 | 18,013.41 |
| 04/01/13 | 010009 | CorTrust Bank N.A. 9740 Tamarack Road Woodbury, MN 55125 | Claim 000016, Payment 6.38591% FINAL DISTRIBUTION | 7100-000 | | 8,471.12 | 9,542.29 |
| 04/01/13 | 010010 | FIA Card Services, NA/Bank of America by American InfoSource LP as its agent PO Box 248809 Oklahoma City, OK 73124-8809 | Claim 000017, Payment 6.38589% FINAL DISTRIBUTION 0450 | 7100-000 | | 729.73 | 8,812.56 |
| 04/01/13 | 010011 | TCM Certified Development Comp 3495 Vadnais Center Dr | Claim 000018, Payment 6.38591% FINAL DISTRIBUTION | 7100-000 | | 8,812.56 | 0.00 |

Ver: 17.01

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-30143 -GFK | |
| Case Name: | VAUGHN, RANDY KENNETH | |
| | VAUGHN, BARBARA SUESS | |
| Taxpayer ID No: | *******8770 | |
| For Period Ending: | 05/14/13 | |

| | | |
|---|---|---|
| Trustee Name: | John A. Hedback | |
| Bank Name: | ASSOCIATED BANK | |
| Account Number / CD #: | *******7022  Checking Account | |
| Blanket Bond (per case limit): | $ 38,561,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | Vadnais Heights MN 55110 | 6504 | | | | |

FORM 2

Page:    3

## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-30143 -GFK |
| Case Name: | VAUGHN, RANDY KENNETH |
| | VAUGHN, BARBARA SUESS |
| Taxpayer ID No: | *******8770 |
| For Period Ending: | 05/14/13 |

| | |
|---|---|
| Trustee Name: | John A. Hedback |
| Bank Name: | Bank of America, N.A. |
| Account Number / CD #: | *******1241 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 38,561,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/06/11 | | DEBTORS | SETTLEMENT PAYMENT | | 8,200.00 | | 8,200.00 |
| | 16 | | Memo Amount:        7,200.00 | 1124-000 | | | |
| | 29 | | Memo Amount:        1,000.00 | 1229-000 | | | |
| 06/10/11 | * NOTE * | DEBTOR | PAYMENT | 1129-000 | 9,000.00 | | 17,200.00 |
| | | | * NOTE *  Properties 18, 19, 21 | | | | |
| 06/30/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.09 | | 17,200.09 |
| 07/29/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.14 | | 17,200.23 |
| 08/23/11 | | FRED W RADDE & SONS | Auction Proceeds | | 13,232.50 | | 30,432.73 |
| | 23 | | Memo Amount:       11,500.00 | 1129-000 | | | |
| | 22 | | Memo Amount:          950.00 | 1129-000 | | | |
| | 25 | | Memo Amount:        4,000.00 | 1129-000 | | | |
| | | FRED W RADDE & SONS, INC | Memo Amount:      (   2,467.50 ) | 3610-000 | | | |
| | | FRED W RADDE & SONS, INC | Memo Amount:      (      750.00 ) | 3620-000 | | | |
| 08/31/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.18 | | 30,432.91 |
| 09/30/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,433.16 |
| 10/31/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 30,433.42 |
| 10/31/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 38.77 | 30,394.65 |
| 11/30/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,394.90 |
| 11/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 37.47 | 30,357.43 |
| 12/30/11 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,357.68 |
| 12/30/11 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 37.43 | 30,320.25 |
| 01/31/12 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.27 | | 30,320.52 |
| 01/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 39.76 | 30,280.76 |
| 02/29/12 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 30,281.00 |
| 02/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 35.99 | 30,245.01 |
| 03/30/12 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,245.26 |
| 03/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 37.19 | 30,208.07 |
| 04/30/12 | 30 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.26 | | 30,208.33 |
| 04/30/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 38.38 | 30,169.95 |
| 05/31/12 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 30,170.21 |
| 05/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 38.33 | 30,131.88 |
| 06/08/12 | 001001 | INTERNATIONAL SURETIES, LTD | Bond #016018055 | 2300-000 | | 23.72 | 30,108.16 |
| | | ATTN: MARLEY V MILLER | | | | | |
| | | 701 POYDRAS ST, STE 420 | | | | | |
| | | NEW ORLEANS, LA 70139 | | | | | |
| 06/29/12 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.24 | | 30,108.40 |
| 06/29/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 35.80 | 30,072.60 |
| 07/31/12 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.26 | | 30,072.86 |
| 07/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 39.44 | 30,033.42 |
| 08/31/12 | 30 | Bank of America, N.A. | Interest Rate  0.010 | 1270-000 | 0.25 | | 30,033.67 |
| 08/31/12 | | Bank of America, N.A. | BANK SERVICE FEE | 2600-000 | | 38.16 | 29,995.51 |
| 09/14/12 | 30 | Bank of America, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 29,995.62 |
| 09/14/12 | | Bank of America, N.A. | BANK FEES | 2600-000 | | 15.98 | 29,979.64 |
| | | 901 MAIN STREET | | | | | |
| | | 10TH FLOOR | | | | | |
| | | DALLAS, TX  75283 | | | | | |

PFORM24 **UST Form 101-7-TDR (5/1/2011)** *(Page: 19)*

Ver: 17.01

Page:     4

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 11-30143 -GFK | |
| Case Name: | VAUGHN, RANDY KENNETH | |
| | VAUGHN, BARBARA SUESS | |
| Taxpayer ID No: | *******8770 | |
| For Period Ending: | 05/14/13 | |

| | | |
|---|---|---|
| Trustee Name: | John A. Hedback | |
| Bank Name: | Bank of America, N.A. | |
| Account Number / CD #: | *******1241  Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 38,561,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 09/14/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 29,979.64 | 0.00 |

| | |
|---|---|
| **Total Of All Accounts** | **0.00** |